```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

ERNESTO RUPISAN

JULITA RUPISAN

                 Debtors

Chapter 13
Case No. 16-52579 MEH

**NOTICE OF UNCLAIMED DIVIDEND**

Claimant:
ERNESTO RUPISAN
JULITA RUPISAN

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $9,710.55.  The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

                Ernesto Rupisan & Julita Rupisan
                ***Mail Ret'D 11/20/17
                7006 Goldenspur Loop
                San Jose, CA  95138

Dated:  March 02, 2018

                /s/ Devin Derham-Burk
                _____
                DEVIN DERHAM-BURK, TRUSTEE